# Third District Court of Appeal

## State of Florida

Opinion filed December 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1776
Lower Tribunal No. 15-16786-CA-01
_____

## 1900 Capital Trust II, by US Bank Trust, National Association, etc.,
Appellant,

vs.

## Yolanda Garcia,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Quintairos, Prieto, Wood & Boyer, P.A., and Mehwish Yousuf (Fort Lauderdale) and Thomas A. Valdez and Megan G. Colter (Tampa), for appellant.

Robert J. Hanreck, P.A., and Robert J. Hanreck, for appellee.

Before SCALES, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.